IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 07-168 |
| CASEY JOY BURDSALL, | : | |
| Defendant | : | |

## COMPLAINT

The United States of America, by its attorneys, Colm F. Connolly, United States Attorney in and for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney for said district, complains of the defendant as follows:

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1345 in that the plaintiff is the United States of America on behalf of its agency, **DEPARTMENT OF DEFENSE - Defense Finance and Accounting.**

2. Venue is properly set pursuant to 28 U.S.C. §1391 in that the plaintiff is complaining of **Casey Joy Burdsall**, residing at **163 E. Radison Run, Clayton, Delaware 19938-3832**, a location within this District.

3. This claim arose in connection with a debt from the United States Army for tuition upon disenrollment from the Army ROTC, while a student at the Widener University. The authority for collection is the Service ROTC Scholarship Cadet Contract, Title 10, United States Code, §2005.

4. Defendant, **Casey Joy Burdsall,** is indebted to plaintiff in the principal amount of $34,110.00, plus interest through October 30, 2006 in the amount of $1,276.90, plus administrative charges and penalties in the amount of $2,069.19, for a total of

$37,456.09 as of October 30, 2006, as set forth in the Certificate of Indebtedness attached hereto as Exhibit "A." Interest continues to accrue at the rate of 1.63% per annum.

5. Defendant has failed to pay the aforesaid amounts although demand has been made for payment.

**WHEREFORE**, plaintiff demands judgment against the defendant, **Casey Joy Burdsall** in the total amount of **$37,456.09** plus additional prejudgment interest accruing from October 30, 2006, until judgment is paid in full, plus interest on the judgment at the legal rate, plus costs and other proper relief.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

By: _____
          Patricia C. Hannigan
          Assistant United States Attorney
          Delaware Bar I.D. No. 2145
          The Nemours Building
          1007 Orange Street, Suite 700
          P. O. Box 2046
          Wilmington, DE 19899-2046
          (302) 573-6277
          Patricia.Hannigan@usdoj.gov

CERTIFICATE OF INDEBTEDNESS

CASEY JOY BURDSALL
163 E RADISON RUN
CLAYTON DE 19938 3832

Total debt due United States as of November 9, 2006: $37,456.09.

I certify that Defense Finance and Accounting Service records show that the debtor named above is indebted to the United States in the amount stated above, which includes cumulative interest through October 30, 2006 at the annual rate of 1.63%. The information contained in the Certificate of Indebtedness was obtained from the Army business records, such as the Army Reserve Officer Training Corps (AROTC) contract, and the undersigned has custody of this and its related documents.

The claim arose in connection with a debt from the United States Army for tuition upon disenrollment from the Army ROTC, while a student at the Widener University. The authority for collection is the Service ROTC Scholarship Cadet Contract, Title 10, United States Code, Section 2005.

Ms. Burdsall's account was referred to the Treasury Offset Program (TOP) January 10, 2004, for offset from his Internal Revenue Service (IRS) payment. Payment of $1,405.80 was received and applied to penalty and administrative fees. The account was referred to the First Private Collection Agency (PCA) September 26, 2004, and returned from the PCA September 19, 2005, with four payments of $487.84 received. The account was referred to the Second Private Collection Agency (PCA) October 9, 2005 and returned from the PCA December 19, 2005 with no payments received. The current balance due is $37,456.09 of which $34,110.00 is principal, $2,064.19 is accrued penalty, $5.00 is an administrative charge and $1,276.90 is accrued interest charges.

CERTIFICATION: Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

November 8, 2006         *DeDe Hamm* for
                         Teressa K Shoreland
                         Supervisor, Customer Service Section A
                         Directorate of Debt and Claims
                             Management



GOVERNMENT EXHIBIT A

0 7 - 1 6 8

# CIVIL COVER SHEET

**JS 44** (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
CASEY JOY BURDSALL
163 E. RADISON RUN, CLAYTON, DELAWARE 19938

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  NEW CASTLE COUNTY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Patricia C. Hannigan, AUSA, 1007 Orange Street, Suite 700
Wilmington, DE 19899

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury - Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine / PERSONAL PROPERTY | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 810 Selective Service |
| [X] 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability |  | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise |  | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment / Habeas Corpus: | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty |  | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other |  |  | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 550 Civil Rights |  |  | 950 Constitutionality of State Statutes |
|  | 440 Other Civil Rights / 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 C.F.R. SECTION 294f; 28 U.S.C. SECTION 1345
Brief description of cause:
Defaulted Heal Loan

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 37,456.09
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/23/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE