IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 07-168 |
| CASEY JOY BURDSALL, | : |
| Defendant | : |

### PRAECIPE FOR VOLUNTARY DISMISSAL

TO THE CLERK
United States District Court
District of Delaware

    Please enter dismissal without prejudice pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure in the above-captioned case.

                                COLM F. CONNOLLY
                                United States Attorney

                                /s/ Patricia C. Hannigan
                                Patricia C. Hannigan
                                Assistant United States Attorney
                                Delaware Bar I.D. No. 2145
                                The Nemours Building
                                1007 Orange Street, Suite 700
                                P. O. Box 2046
                                Wilmington, DE 19899-2046
                                (302) 573-6277
                                Patricia.Hannigan@usdoj.gov

Date: July 23, 2007